Same case below, 642 F.3d 1285.

**No. 11-632. D. Charles Dickow, Executor of the Estate of Margaret W. Dickow, Petitioner v. United States, et al.**

565 U.S. 1115, 132 S. Ct. 1046, 181 L. Ed. 2d 741, 2012 U.S. LEXIS 286.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 654 F.3d 144.

**No. 11-641. Salvador Rosales, Petitioner v. United States.**

565 U.S. 1115, 132 S. Ct. 1046, 181 L. Ed. 2d 741, 2012 U.S. LEXIS 272.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 647 F.3d 634.

**No. 11-644. Keith Litman, et al., Petitioners v. Cellco Partnership, dba Verizon Wireless.**

565 U.S. 1115, 132 S. Ct. 1046, 181 L. Ed. 2d 741, 2012 U.S. LEXIS 174.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 655 F.3d 225.

**No. 11-645. Buruji Kashamu, Petitioner v. United States.**

565 U.S. 1115, 132 S. Ct. 1046, 181 L. Ed. 2d 741, 2012 U.S. LEXIS 288.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 656 F.3d 679.

**No. 11-660. Clayton Utterback, et al., Petitioners v. Timothy Geithner, Secretary of the Treasury, et al.**

565 U.S. 1115, 132 S. Ct. 1047, 181 L. Ed. 2d 741, 2012 U.S. LEXIS 207.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

**No. 11-673. Marcus R. Abbe, et al., Petitioners v. City of San Diego, California.**

565 U.S. 1115, 132 S. Ct. 1062, 181 L. Ed. 2d 741, 2012 U.S. LEXIS 370.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 444 Fed. Appx. 189.